UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:10-CR-80 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ZACHARY SMITH ) | |

### ORDER

Before the Court is Defendant Zachary Smith's ("Defendant") motion to suppress evidence found during a search of his home and statements made while in police custody (Court File No. 16). The motion was referred to United States Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) (Court File No. 22). Judge Lee held an evidentiary hearing on the matter on November 12, 2010 and issued a Report and Recommendation ("R&R") on the motion recommending the Court deny Defendant's motion to suppress (Court File No. 27). Defendant filed an objection to the R&R within the given fourteen days (Court File No. 28). For the reasons expressed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 27) and **DENIES** Defendant's motion to suppress (Court File No. 16).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**